## VANN *v.* YOUNGBLOOD.

BECK, Presiding Justice. 1. There being no assignment of error on the direction of the verdict, this court has no authority to decide whether the court erred in so directing. *Kelley* v. *Cartledge,* 151 *Ga.* 179 (106 S. E. 93); *Stone* v. *Hebard Lumber Co.,* 145 *Ga.* 729 (89 S. E. 814).

2. The evidence authorized the verdict.

*Judgment affirmed. All the Justices concur.*

No. 11703. APRIL 13, 1937.

*C. W. Foy,* for plaintiff in error.   *T. B. Rainey,* contra.